# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF RQ
CONSTRUCTION, LLC,

      Plaintiff,

v.                                            Case No:   6:23-cv-2118-RBD-LHP

SIEMENS GOVERNMENT
TECHNOLOGIES, INC., FEDERAL
INSURANCE COMPANY, FIDELITY
AND DEPOSIT COMPANY OF
MARYLAND and SIEMENS
ENERGY, INC.,

      Defendants

## ORDER

Pursuant to prior notice (Doc. No. 63), the Court held a preliminary pretrial conference this morning via the Zoom platform.  Doc. No. 66.  In accordance with the Court's discussion with counsel, and given the complexity of this matter as discussed during the hearing, the parties are **DIRECTED** to file a revised Case Management Report on or before **Monday, April 8, 2024 at 5:00 P.M.**

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2024.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -