**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No:  6:23-cv-2118-RBD-LHP

SIEMENS GOVERNMENT
TECHNOLOGIES, INC., FEDERAL
INSURANCE COMPANY, FIDELITY
AND DEPOSIT COMPANY OF
MARYLAND and SIEMENS
ENERGY, INC.,

    Defendants

---

**ORDER**

Before the Court is Defendant Siemens Government Technologies, Inc. Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Siemens Energy, Inc.'s Motion to Compel.  Doc. No. 80.  On review, the motion (Doc. No. 80) is **DENIED without prejudice**, as the motion fails to comply with the Standing Order on Discovery Motions.  *See* Doc. No. 73.  The motion also fails to comply with Local Rule 1.08.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties